UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
FAITH WILLIS,

              Plaintiff,                                07 Civ. 7279 (WCC)

           v.                                  DEFENDANT EF INSTITUTE FOR
                                                  CULTURAL EXCHANGE, INC.'S
LOUIS PUBLIC COMPANY LIMITED     RULE 7.1 DISCLOSURE STATEMENT
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
              Defendants.
-------------------------------------------------------X

       Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, EF Institute for Cultural Exchange, Inc. ("EF"), in the above-captioned action, certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of the stock of EF.

Dated: New York, New York
         November 9, 2007

                                          PADUANO & WEINTRAUB, LLP

                               By: _____
                                    Jordan D. Becker, Esquire
                                    1251 Avenue of the Americas
                                    Ninth Floor
                                    New York, New York 10020
                                    (212) 785-9100

                                    Attorneys for Defendant,
                                    EF Institute for Cultural Exchange, Inc.
                                    d/b/a EF Educational Tours

-2–

Of Counsel:

Jeffrey P. Allen, Esquire
Susan Donaldson Novins, Esquire
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
20 William Street, Suite 130
Wellesley, MA  02481
(781) 237-4400