*Conner, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAITH WILLIS,

                       Plaintiff,          07 CIV 7279 (WCC) (GAY)

                                                                                                 **& ORDER**

        -against-                           **STIPULATION OF**
                                                            **DISCONTINUANCE**

LOUIS PUBLIC COMPANY, LIMITED and
EF TRAVEL, INC.,

                       Defendants.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above CAPTIONED action be, and the same is hereby discontinued against the defendants LOUIS PUBLIC COMPANY, LIMITED and EF TRAVEL, INC., with prejudice, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

COPIES MAILED TO COUNSEL OF RECORD 1/30/08

Dated: Chappaqua, New York
January 28, 2008

LAW OFFICE OF TODD J. KROUNER

*/s/ Todd J. Krouner*
By: Todd J. Krouner (TK0308)
Attorneys for Plaintiffs

93 North Greeley Ave.
Suite 100
Chappaqua, New York, 10514

FREEHILL HOGAN and MAHAR, LLP

*/s/ Michael Unger*
By: Michael Unger (MU-co45)
Attorneys for Defendant *Louis Public Company, Ltd.*
80 Pine Street
New York, NY 10005


SEEGEL LIPSHUTZ & WILCHINS, P.C.

*/s/ Susan D. Novins*
By: Susan Donaldson Novins
Attorneys for Defendant *EF TRAVEL, INC.*
20 William Street, Suite 130
Wellesley, MA 02481
(781) 237-4400

Jordan D. Becker, Esquire (JDB-3636)
Paduano & Weintraub, LLP
1251 Avenue of the Americas, 9th Floor
New York, NY 10020


SO ORDERED:

*/s/ William C. Conner*
Sr. U.S.D.J.

dated: Jan. 30, 2008
White Plains, NY

NYDOCS1/297744.1